300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a4356-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a3456-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a4365-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a4353-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4056-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4357-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4756-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4358-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4351-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4556-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443